**Order entered September 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00803-CV

### IN THE INTEREST OF A.M.G., I.V.G. AND E.G., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17718**

## ORDER

By order entered September 8, 2014, we directed appellant to file, no later than September 15, 2014, written verification he had requested preparation of the reporter's record and had paid or made arrangements to pay the reporter's fee. Appellant did not respond. However, on September 19, 2014, the court reporter informed us that she had received payment, and she requested a brief extension of time. We **GRANT** the court reporter's request and **ORDER** the reporter's record be filed no later than September 29, 2014.

As the clerk's record has been filed, appellant's brief shall be filed within thirty days of the filing of the reporter's record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE